| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (SBN 116127) (rhodesmg@cooley.com) |
| 2 | GAVIN L. CHARLSTON (SBN 253899) (gcharlston@cooley.com) |
| | 101 California Street, 5th Floor |
| 3 | San Francisco, CA 94111-5800 |
| | Telephone: (415) 693-2000 |
| 4 | Facsimile: (415) 693-2222 |
| 5 | ANNE H. PECK (SBN 124790) (peckah@cooley.com) |
| | JEFFREY T. NORBERG (SBN 215087) (jnorberg@cooley.com) |
| 6 | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| 7 | Telephone: (650) 843-5000 |
| | Facsimile: (650) 849-7400 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | FACEBOOK, INC. |

FILED APR 13 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

        Plaintiff,

    v.

VARIOUS, INC.; GMCI INTERNET OPERATIONS, INC.; TRAFFIC CAT, INC.; FRIENDFINDER NETWORKS INC.; and DOES 1-100

        Defendants.

Case No. CV 11 -1805 MEJ

**PLAINTIFF FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**(CIVIL L.R. 3-16)**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date there is no such interest to report other than the named plaintiff.

Dated: April 13, 2011

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
ANNE H. PECK (SBN 124790)
JEFFREY T. NORBERG (SBN 215087)
GAVIN L. CHARLSTON (SBN 253899)

/s/ Gavin L. Charlston
Gavin L. Charlston
Attorneys for Plaintiff
FACEBOOK, INC.