COOLEY LLP
MICHAEL G. RHODES (SBN 116127) (rhodesmg@cooley.com)
GAVIN L. CHARLSTON (SBN 253899) (gcharlston@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ANNE H. PECK (SBN 124790) (peckah@cooley.com)
JEFFREY T. NORBERG (SBN 215087) (jnorberg@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VARIOUS, INC.; GMCI INTERNET OPERATIONS, INC.; TRAFFIC CAT, INC.; FRIENDFINDER NETWORKS INC.; and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 3:11-CV-1805-MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

Plaintiff Facebook, Inc. hereby declines to consent to the assignment of the above-captioned action to a United States Magistrate Judge for trial and disposition, and hereby respectfully requests the reassignment of this matter to a United States District Judge.

Dated: April 15, 2011　　　　　　　　　　COOLEY LLP


　　　　　　　　　　　　　　　　　　　　*/s/ Gavin L. Charlston*
　　　　　　　　　　　　　　　　　　　　　　Gavin L. Charlston
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　FACEBOOK, INC.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1217538 v1/SF　　　　　　1.　　　　　　**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQ. FOR REASSIGNMENT**
**CASE NO. C 11 01805 MEJ**

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

**Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1217540 v3/SF

1.

PROOF OF SERVICE
CASE NO. C 11-01805 MEJ

| | | |
|---|---|---|
| 1 | **Defendant Various, Inc.** | **VARIOUS, INC.** |
| 2 | | Agent for Service of Process: Corporation Service Company Which Will Do Business In California As |
| 3 | | CSC - Lawyers Incorporating Service 2730 Gateway Oaks Dr., Ste. 100 |
| 4 | | Sacramento, CA  95833 |
| 5 | | David Bloom, Esq. |
| 6 | | General Counsel Various, Inc. 220 Humboldt Court |
| 7 | | Sunnyvale, California  94304 |
| 8 | **Defendant Traffic Cat, Inc.** | **TRAFFIC CAT, INC.** |
| 9 | | Agent for Service of Process: Corporation Service Company Which Will Do Business In California As |
| 10 | | CSC - Lawyers Incorporating Service 2730 Gateway Oaks Dr., Ste. 100 |
| 11 | | Sacramento, CA  95833 |
| 12 | **Defendant Friendfinder Networks Inc.** | **FRIENDFINDER NETWORKS INC.** |
| 13 | | Agent for service of process: Corporation Service Company Which Will Do Business In California As |
| 14 | | CSC - Lawyers Incorporating Service 2730 Gateway Oaks Dr., Ste. 100 |
| 15 | | Sacramento, CA  95833 |

17  Executed on April 15, 2011, at San Francisco, California.

_____
Mercedes Milana

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1217540 v3/SF

2.

PROOF OF SERVICE
CASE NO. C 11-01805 MEJ